Opinion issued April 22, 2010.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-01004-CV

———————————

HARRIS
COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY,
TEXAS, Appellants

V.

J. MORGAN & MARGARET BISHOP, AS
THE PROPERTY OWNERS AND THE PROPERTY OWNERS, Appellees



 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Case No. 2008-47233  

 



 



MEMORANDUM OPINION

          Appellants have filed an unopposed
motion to dismiss the appeal.  No opinion
has issued.  Accordingly, the motion is
granted, and the appeal is dismissed.  Tex.
R. App. P. 42.1(a)(1).

          All other pending motions in this
appeal are overruled as moot.  The Clerk
is directed to issue mandate within 10 days of the date of this appeal.  Tex.
R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.